UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-21398-KMM

ANDRES GOMEZ,

    Plaintiff,

v.

Riverchase Dermatology & Cosmetic Surgery,

    Defendant.

_____

**JOINT NOTICE OF FILING CONSENT DECREE AND
<u>MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE</u>**

Plaintiff, Andres Gomez, and Defendant, Riverchase Dermatology & Cosmetic Surgery, have entered into a Consent Decree intended to resolve this litigation. The Parties, through their undersigned counsel, hereby jointly move for approval and entry of the Consent Decree, attached hereto as <u>Exhibit</u>.

Respectfully Submitted on this 5th day of June, 2019.

| | |
|---|---|
| *s/ Alberto R. Leal*<br>Alberto R. Leal, Esq.<br>The Leal Law Firm, P.A.<br>9314 Forest Hill Boulevard, Suite 62<br>Wellington, Florida 33411<br>Telephone: (561) 237-2740<br>E-Mail: albertoleal99@gmail.com | **COLE SCHOTZ P.C.**<br>Attorneys for Defendant<br><br>By: /s/ Scott J. Topolski<br>    Scott J. Topolski<br>    Florida Bar No. 0006394<br>    2255 Glades Road, Suite 142W<br>    Boca Raton, FL 33431<br>    Telephone: (561) 609-3856<br>    Facsimile:  (561) 423-0392<br>    Email:  stopolski@coleschotz.com |